CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**NOV 2 9 2012**

JULIA C. DUDLEY, CLERK
BY: ~~~~~~~~~~
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **EARNEST ROBERT BAXTER,** | ) | **Criminal Case No. 7:09cr00046** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | <u>**2255 FINAL ORDER**</u> |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **By: Samuel G. Wilson** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the court's memorandum opinion entered on this day, it is hereby

**ADJUDGED** and **ORDERED** that Baxter's motion pursuant to 28 U.S.C. § 2255 is

**DISMISSED,** and the case is **STRICKEN** from the court's active docket. Further, finding that

Baxter has failed to make the requisite substantial showing of the denial of a constitutional right,

as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED.**

     **ENTER**: November 29, 2012.

_____
UNITED STATES DISTRICT JUDGE