CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 20 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EARNEST ROBERT BAXTER, | Criminal Case No. 7:09cr00046 |
| Petitioner, | **2255 FINAL ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | By: Samuel G. Wilson |
| Respondent. | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Baxter's motion to amend his § 2255 motion (ECF No. 59) is **DENIED**. Additionally, Baxter's motion for reconsideration of the court's denial of a certificate of appealability (ECF No. 61) is **DENIED**. This matter is **STRICKEN** from the active docket of the court. The Clerk of the Court is directed to send a certified copy of this order to Baxter.

**ENTER**: February 20, 2013.

_____
UNITED STATES DISTRICT JUDGE